## Wanda Piper, Appellant, v. Neil Piper, Appellee.

### Gen. No. 45,401.

Daley & Lynch, for appellant; Joseph A. Power, and Charles D. Snewind, of counsel; William L. Kelley, for appellee. Opinion by Justice Schwartz. Not to be published in full. Opinion filed October 16, 1951; released for publication November 9, 1951.

## Nellie Jeffries, Plaintiff-Appellee, v. George C. Adams, Defendant-Appellant.

### Gen. No. 45,237.

I. Harvey Levinson, for appellant; no appearance for appellee. Opinion by Presiding Justice Kiley. Not to be published in full. Opinion filed October 24, 1951; released for publication November 21, 1951.